IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLHOMA

| | |
|---|---|
| (1) T.G., a minor child, by and through his mother and next friend, CHERYL GURLEY, and <br> (2) K.G., a minor child, by and through his mother and next friend, CHERYL GURLEY, <br><br>       Plaintiffs, <br><br> v. <br><br> (3) REMINGTON ARMS COMPANY, INC., <br>       Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:13-cv-33-CVE-PJC ) ) ) ) |

## DEMAND FOR JURY TRIAL

Defendant Remington Arms Company, LLC, hereby demands a trial by jury as to all issues in this matter.

                         s/ Mary Quinn Cooper
                         Mary Quinn Cooper, OBA No. 11966
                         Michael F. Smith, OBA No. 14815
                         MCAFEE & TAFT A Professional Corporation
                         1717 South Boulder, Suite 900
                         Tulsa, Oklahoma 74119
                         918/587-0000
                         918/599-9317 (FAX)
                         maryquinn.cooper@mcafeetaft.com
                         michael.smith@mcafeetaft.com

                         *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January, 2013, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing. The Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

Kristopher E. Koepsel
Nathan S. Cross
Riggs Abney Neal Turpen Orbison & Lewis
502 W. 6th Street
Tulsa OK  74119-1010
kkoepsel@riggsabney.com
ncross@riggsabney.com

Timothy W. Monsees
Andrew S. Leroy
Monsees Miller Mayer Presley & Amick PC
4717 Grand Avenue, Ste 820
Kansas City MO  64112

/s/Mary Quinn Cooper