

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED
MAR 6 2014
Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| T.G. AND K.G.<br><br>   Plaintiffs,<br>vs.<br><br>REMINGTON ARMS COMPANY, INC.,<br><br>   Defendants. | Case No. 13-CV-00033-CVE-PJC |

# Document No. 73-1 - Exhibit A

# Court Copy of DVD Attached

# EXHIBIT A

(DVD of CNBC Remington Under Fire hand-delivered to Court)

# ITEM NOT IMAGED

☒ **CD/DVD**
☐ **VHS Tape**
☐ **Other:**_____

**The above referenced item has not been imaged and is available at the Court Clerk's office.**

